# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ALPHONSIA JUAWANN LEWIS, #284291, : <br>     Petitioner, : <br> : <br> v. : <br> : <br> UNITED STATES OF AMERICA, : <br>     Respondent. : | CRIMINAL ACTION 2:15-00111-KD-N <br> CIVIL ACTION 2:17-00496-KD |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated July 20, 2018 is **ADOPTED** as the opinion of this Court. It is hereby **ORDERED, ADJUDGED** that Petitioner's motion is **DISMISSED** as time barred, that he is not entitled to a COA and that he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **17th** day of **August 2018.**

      /s/ Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **CHIEF UNITED STATES DISTRICT JUDGE**